# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00739-CV

### In re Michael Quinn Sullivan

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus. *See* Tex. Gov't Code § 22.221; Tex. R. App. P. 52.1. The real parties in interest subsequently filed an unopposed motion to dismiss this original proceeding as moot, explaining that they filed a motion for nonsuit in the trial court. We grant the motion of the real parties in interest, and we dismiss the petition for writ of mandamus as moot. *See In re Kellogg Brown & Root*, *Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . . .").

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: November 1, 2019